

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-24-00548-CR

Jose Carlos **ARRIAGA MUNOZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-23-0157
Honorable Kirsten Legore, Judge Presiding

BEFORE JUSTICE RODRIGUEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a).

SIGNED November 27, 2024.

_____
Liza A. Rodriguez, Justice